AO 245D    Judgment in a Criminal Case for Revocations
(Rev. 12/19)    Sheet 1

# UNITED STATES DISTRICT COURT
## Middle District of Georgia

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| HARRY RUSS, JR | Case No. 7:19-CR-00029-HL-TQL(1) |
| | USM No. 01346-120 |
| | WILLIAM R FOLSOM |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   1 through 6   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| SEE ATTACHMENT | | |

The defendant is sentenced as provided in pages 2 through  2 . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   0024

Defendant's Year of Birth: 1979

City and State of Defendant's Residence:
Valdosta, Georgia

August 16, 2023
Date of Imposition of Judgment

s/Hugh Lawson
Signature of Judge

HUGH LAWSON
SENIOR UNITED STATES DISTRICT JUDGE
Name and Title of Judge

8/28/2023
Date

AO 245D  Judgment in a Criminal Case for Revocations
Rev. 12/19)  Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: HARRY RUSS, JR
CASE NUMBER: 7:19-CR-00029-HL-TQL(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : 24 months to run consecutive to the state revocation sentence imposed on March 9, 2022, in Lowndes County, Georgia Superior Court Docket Number 2020CR0091A and the sentence imposed on March 24, 2022, in Lowndes County, Georgia Superior Court Docket Number 2022CR255.

No term of Supervised Release to follow imprisonment.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failed to work regularly | 8/19/2021 |
| 2 | Failed to refrain from using Methamphetamine | 12/03/2021 |
| 3 | Failed to attend mental health treatment | 12/13/2021 |
| 4 | Failed to attend substance abuse treatment | 01/03/2022 |
| 5 | Theft by receiving | 03/24/2022 |
| 6 | Possession of Methamphetamine | 03/24/2022 |